

ORDERED in the Southern District of Florida on October 22, 2015.

                                                    Laurel M. Isicoff, Judge
                                                    United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:                                    CASE NO. 15-10672-LMI
MARICELA E BLANCO                                    CHAPTER 13
     Debtor,
_____/

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #1-1, FILED BY ANTIGUA COUNTRY CLUB OF MIAMI CONDOMINIUM ASSOCIATION, D.E. #79

**THIS CAUSE** having come before the court on October 6, 2015 upon the Debtor's Objection to Claim Number 1-1 (D.E. #79), having no objections being heard, this court having considered the basis for the objection to the claim, and being otherwise duly advised in the premises, it is

**ORDERED** that Debtor's Objection to claim is hereby **SUSTAINED**.

Claim #1-1 is hereby stricken and disallowed as the property subject to the claim does not belong to the Debtor.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).