# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
## Withdrawal / Expungement of Claim

Re: Maricela Blanco | Case: 15-10672
Claim No.: 7-1

Creditor, Discover Bank, hereby notifies the Court that claim **No. 7-1 filed on 07-18-2017 w**ill be or has been withdrawn.

By: /s/ Lisa Shaffer
Sr Specialist Bankruptcy
07-24-2017